# EXHIBIT A

2022 WL 9552609
Only the Westlaw citation is currently available.
Supreme Court of the United States.

DOMINO'S PIZZA, LLC

v.

Edmond CARMONA

No. 21-1572
|
October 17, 2022

**Opinion**

 ***1**  The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Southwest Airlines Co.* v. *Saxon*, 596 U. S. —— (2022).

**All Citations**

--- S.Ct. ----, 2022 WL 9552609 (Mem)

---

End of Document  © 2022 Thomson Reuters. No claim to original U.S. Government Works.